UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CURTIS WILSON, E87178,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. JAUREGUI,<br><br>　　　　　Defendant(s). | Case No. 17-cv-04003-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF Nos. 79 & 83) |

　　Plaintiff Willie Curtis Wilson and defendant J. Jauregui have filed a stipulation for voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 82.

　　Pursuant to the parties' stipulation, this action is DISMISSED with prejudice.

　　The clerk shall close the file and terminate all pending motions (ECF Nos. 79 & 83) as moot.

　　**IT IS SO ORDERED**.

Dated: August 14, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CURTIS WILSON, <br>     Plaintiff, <br> v. <br> J. JAUREGUI, <br>     Defendant. | Case No. 3:17-cv-04003-CRB <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Curtis Wilson ID: #E87178
Salinas Valley State Prison D5-116
P.O. Box 1050
Soledad, CA 93960


Dated: August 14, 2019

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: /s/ L. Scott
                                                Lashanda Scott, Deputy Clerk to the
                                                Honorable CHARLES R. BREYER